IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| RANDEEP SINGH MANN, | ) |  |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. CIV-15-1285-D |
|  | ) |  |
| GRADY COUNTY JAIL - WARDEN, *et al.*, | ) |  |
|  | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## **O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). Judge Purcell recommends a dismissal of this action without prejudice due to Plaintiff's failure to comply with the Order to Plaintiff to Cure Deficiency [Doc. No. 8], issued November 23, 2015. Plaintiff has not filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, paid any filing fee, or requested an extension of time.

Plaintiff has neither filed a timely objection to the Report nor requested additional time to object, although he was advised of his rights and given notice of the waiver rule. Under the circumstances shown by the case record, the Court finds that Plaintiff has waived further judicial review. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 9] is adopted in its entirety. This action is DISMISSED WITHOUT PREJUDICE to refiling. A judgment of dismissal shall be entered.

IT IS SO ORDERED this 22nd day of January, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE